UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DEBBORAH JEAN CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-130-TAV-HBG |
| | ) | |
| LINCOLN FINANCIAL ADVISORS | ) | |
| CORPORATION d/b/a LINCOLN FINANCIAL | ) | |
| GROUP and CLAY ALLEN CAPPS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Plaintiff's Motion to Substitute the Real Party in Interest [Doc. 7], filed on April 15, 2016. The Plaintiff's Motion requests an Order substituting the real party in interest, The Lincoln National Life Insurance Company, for the currently named Defendant, Lincoln Financial Advisors Corporation d/b/a Lincoln Financial Group. In addition, the Motion states that The Lincoln National Life Insurance Company has entered an appearance and identified itself as the real party in interest in this matter.

No party has responded in opposition to the Plaintiff's Motion. See L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). Moreover, the Court notes that pursuant to the Notice of Appearance filed in this case [Doc. 3], the Defendant noted, "The name of the proper defendant is The Lincoln National Life Insurance Company, which is the entity that issued the Annuity." Accordingly, the Court finds the Plaintiff's Motion to Substitute the Real Party in Interest [**Doc. 7**] well-taken, and it is

**GRANTED**.  It is **ORDERED** that The Lincoln National Life Insurance Company is hereby

**SUBSTITUTED** in this action for Lincoln Financial Advisors Corporation d/b/a Lincoln

Financial Group.

        **IT IS SO ORDERED.**

                      ENTER:

                      _____
                      United States Magistrate Judge