UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DEBBORAH JEAN CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:16-CV-130-TAV-HBG |
| | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY and | ) | |
| CLAY ALLEN CAPPS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil case is before the Court on plaintiff's Motion for Entry of Order of Dismissal With Prejudice [Doc. 15]. In support, plaintiff represents to the Court that the parties have reached a settlement in this matter, and that payments required pursuant to the settlement agreement have been made. In light of the fact that service of plaintiff's motion has been made upon all parties of interest; and no objections having been made by any party of interest; and for good cause shown; the Court hereby **DISMISSES** this action with prejudice and **DIRECTS** the Clerk of Court to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE